**Dismissed and Memorandum Opinion filed January 31, 2023**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

## NO. 14-22-00909-CV

**DELORES BROWN, Appellant**

**V.**

**HARRIS COUNTY, Appellee**

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-30587**

## MEMORANDUM OPINION

This is an appeal from an order signed November 9, 2022. The notice of appeal was filed December 7, 2022. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (appellate fees and costs).

On January 10, 2023, this court ordered appellant to pay the appellate filing fee on or before January 20, 2023, or the appeal would be subject to dismissal

without further notice. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant